UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LISA PANZICA, individually and on behalf of all
others similarly situated,

                             **CONSENT ORDER**

               Plaintiff,

                             Docket No. 05 CV 2597 (DRH) (WRW)

      - against -

JS RETAIL LLC and THOMAS'S HAM &
EGGERY, INC.,

              Defendants.
-----------------------------------------------------------------X

     **WHEREAS**, Plaintiff commenced this action on May 27, 2005; and

     **WHEREAS**, Defendants appeared in this action and denied the allegations in plaintiff's complaint; and

     **WHEREAS,** Plaintiff and Defendants have agreed to settle this action without trial or adjudication of any issue of fact or law herein, in accordance with the terms of the attached Stipulation of Settlement (the "Settlement") and without the Settlement constituting an admission by Defendants of any liability to plaintiff or others; and

     **WHEREAS**, without trial or adjudication of any issue of fact or law raised by the complaint herein, the parties and the Court have concluded that there is no further need to litigate the issue of liability and the parties have mutually agreed to the entry of the attached Settlement as a Consent Order in this case;

     NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, and parties do hereby consent as follows:

     1.     The attached Settlement be and hereby is entered as a Consent Order in this case binding upon all parties organizational in this matter, their successors, agents, employees, and all persons in active consent or participation with them.

2.    The Court will retain jurisdiction for purpose of overseeing implementation of the Settlement.

Dated: Uniondale, New York
       June 5, 2006

LAW OFFICES OF JAMES E.
   BAHAMONDE, P.C.

By: _____
     James E. Bahamonde (JB6708)
     Attorney for Plaintiff
     2501 Jody Court
     North Bellmore, New York 11710
     (516) 783-9662

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
     Jeffrey M. Schlossberg (JS8145)
     Attorney for Defendants
     1425 EAB Plaza
     East Tower – 15th Floor
     Uniondale, New York 11556
     (516) 663-6600

SO ORDERED:


_____
   U.S.D.J.

Dated: _____

351295

2